5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS **FILED**
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

AWS MOHAMMED YOUNIS AL-JAYAB

16 CR 181

**AUG 11 2016**

No. 16 CR 181 THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Judge Sara L. Ellis

## MEMORANDUM OF UNDERSTANDING

I, _JOSHUA G. HERMAN_ , acknowledge that I have received, read, and understand the Protective Order Pursuant to Section 3 of CIPA entered by the Court on _April 8_ , 2016, in this case, and I agree to comply with its provisions. I understand that I may be the recipient of certain classified information or documents, and direct or indirect unauthorized disclosure, retention, or negligent handling of classified documents or information could cause serious damage to the national security of the United States, or could be used to the advantage of a foreign nation against the interests of the United States.

I agree that I shall never divulge, publish, or reveal either by word, conduct, or any other means, such classified documents or information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to the

Classified Information Procedures Act and the Protective Order(s) entered in this case.

I further acknowledge that I have received, read, and understand the Protective Order governing general discovery, protected general discovery, and sensitive discovery entered in this case. I agree to be bound by the terms specified therein.

I agree that this Memorandum and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me.

SIGNED: _____

DATE: _8-8-16_____

WITNESS: _____
(signature)

WITNESS: __Barry Jonas_____
(print name)

DATE: _8/9/16_____