**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16 CR 181 |
| | ) | Judge Sara L. Ellis |
| AWS MOHAMMED YOUNIS | ) | |
| AL-JAYAB, | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT AWS MOHAMMED YOUNIS AL-JAYAB'S MOTION TO
SUPPRESS EVIDENCE OBTAINED OR DERIVED FROM WARRANTLESS
SURVEILLANCE UNDER SECTION 702 OF THE FISA AMENDMENTS ACT**

Defendant, **AWS MOHAMMED YOUNIS AL-JAYAB**, by and through his attorneys,

**THOMAS ANTHONY DURKIN, ROBIN V. WATERS,** and **JOSHUA G. HERMAN**,

respectfully moves this Court, pursuant to the Search and Seizure, and Due Process clauses of the

Fourth and Fifth Amendments to the Constitution of the United States, as well as the relevant

provisions of the Foreign Intelligence Surveillance Act ("FISA"), specifically 50 U.S.C. § 1806(e),

for suppression of all the fruits and derivatives of evidence obtained pursuant to Section 702 of the

FISA-Amendments Act ("FAA"), 50 U.S.C. §1881a, due to the statute's *per se* unconstitutionality

in clear violation of numerous principles of Fourth Amendment jurisprudence.

In particular, counsel submit that the statute is unconstitutional for at least the following

reasons: (1) it violates the Fourth Amendment's Warrant Clause by authorizing surveillance and

interception of communications without a warrant; (2) it permits surveillance and interception of

communications without probable cause; (3) it permits generalized and programmatic acquisition,

retention and accessing of electronic communications of U.S. persons without requiring

particularity and specification required by the Fourth Amendment's warrant requirement of the places to be searched and the items to be seized; (4) it violates the Fourth Amendment's requirement of reasonableness; and, (5) it includes the participation of the Foreign Intelligence Surveillance Court (FISC) in the construction of its surveillance programs, thereby blurring the role of the neutral and detached magistrate as required by the Fourth Amendment.

In support of this motion, Defendant, through counsel, submits a memorandum of law in support, filed simultaneously herewith.

Respectfully submitted,

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**

/s/ Robin V. Waters
**ROBIN V. WATERS,**

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**,
Attorneys for Defendant
Aws Mohammed Younis Al-Jayab.

**DURKIN & ROBERTS**
2446 North Clark Street
Chicago, Illinois 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
rwaters@durkinroberts.com

**JOSHUA G. HERMAN**
**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
Fax: (312) 663-3707
jherman@joshhermanlaw.com

2

## **CERTIFICATE OF SERVICE**

Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing Defendant Aws Mohammed Younis Al-Jayab's Motion to Suppress Evidence Obtained or Derived from Warrantless Surveillance Under Section 702 of the FISA Amendments Act, was served on March 14, 2017, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.1, and LCrR 49.2, pursuant to the district court's system as to ECF filers.

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN**
2446 N. Clark Street
Chicago, Illinois 60614
(312) 981-0123
tdurkin@durkinroberts.com